

# NUMBER 13-91-00340-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

H. L. EDENS,                                                                    Appellant,

v.

FIRST NATIONAL BANK OF INGLESIDE,                                   Appellee.

On appeal from the 36th District Court of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on October 24, 1991, due to the bankruptcy of one of the parties to this appeal.  *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.  Since the abatement there has been no activity in this appeal.  On July 2, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.  The order

notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 6th day of August, 2009.